UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TOSHIO LOKTING,<br><br>Defendant. | Case No. 2:18-CR-100-RSL<br><br>ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

This matter comes before the Court on defendant Toshio Lokting's "Motion for Early Termination of Supervised Release," pursuant to 18 U.S.C. § 3583(e)(1). Dkt. #9.

On November 10, 2015, Mr. Lokting was sentenced by the Northern District of California to 36 months of imprisonment and three years of supervised release for Conspiracy to Commit Wire Fraud. Dkt. #9 at 1; see Dkt. #2. He began his supervised release on November 22, 2017, and it is set to terminate on November 21, 2020. Id. Jurisdiction was transferred to the Western District of Washington on May 2, 2018. Dkt. #1.

A court "may, after considering the factors set forth in [18 U.S.C. § 3553(a)] … terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release… if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e). The Court has "discretion to consider a wide range of circumstances when determining whether to grant early termination." United States v. Emmett, 749 F.3d 817, 819 (9th Cir. 2014).

ORDER DENYING EARLY TERMINATION - 1

The Court appreciates Mr. Lokting's payment of his restitution amount and fines in full, his enrollment in the nine-month RDAP program, his participation in the Big Brother Program, and his completion of several classes while in Lompoc FCI. Dkt. #9 at 1-2; <u>see</u> Dkt #9-1. The Court is also pleased to learn that Mr. Lokting is doing well on supervised release, and appreciates his efforts in enrolling in the RDAP program, in securing employment at Gelatiamo, and in stabilizing his mental health condition. Dkt. #9 at 2; <u>see</u> Dkt. #9-2. However, Mr. Lokting's motion is premature. The Court encourages him to continue his good behavior and to avoid incurring any additional violations. <u>See</u> Dkt. #9 at 2-3. He may then re-apply for an early termination in June 2019.

For the foregoing reasons, defendant's motion is DENIED.

DATED this 5th day of February, 2019.

*[signature]*

Robert S. Lasnik
United States District Judge