JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TOSHIO LOKTING,<br><br>　　　　Defendant. | NO. CR18-100RSL<br><br>ORDER GRANTING RENEWED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br>(~~PROPOSED~~ ORDER) |

This matter having come before the Court on the Defendant's Renewed Motion for Early Termination of Supervised Release the Court having reviewed the motion, and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that early termination of Mr. Lokting's supervised release is warranted by the conduct of Mr. Lokting and in the interests of justice;

IT IS FURTHER ORDERED that the term of supervised release for Mr. Lokting shall be terminated, effective immediately.

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

//

ORDER GRANTING RENEWED
MOTION FOR EARLY TERMINATION
OF SUPERVISED RELEASE
(*Toshio Lokting;* CR18-100SL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1 | IT IS SO ORDERED.
2 | DONE this 31st day of July, 2019.
3 |
4 | *signature*
  | ROBERT S. LASNIK
  | UNITED STATES DISTRICT JUDGE
5 |
6 |
7 | Presented by:
8 | s/ *Nancy Tenney*
  | Assistant Federal Public Defender
9 | Attorney for Toshi Lokting

ORDER GRANTING RENEWED
MOTION FOR EARLY TERMINATION
OF SUPERVISED RELEASE
(*Toshio Lokting;* CR18-100SL) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100